Paul C. Ryan
178 Cayuga Street
San Francisco, CA 94112

Plaintiff in Pro Per

RECEIVED
NOV 28 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

PAUL C. RYAN,

Plaintiff,

vs.

MICHAEL J. ASTRUE, Commissioner of Social Security,

Defendant

CIVIL NO. 4:11-CV-00850-LB

**STIPULATION EXTENDING TIME FOR FILING MOTION FOR SUMMARY JUDGMENT OR REMAND**

The parties hereto, by and through their undersigned attorneys hereby stipulate that Plaintiff, Paul C. Ryan, shall have an additional ninety days, through March 16, 2012, in which to file and serve a motion for summary judgment or remand in this action. This extension is necessary to permit Plaintiff to find an attorney to represent him in this matter.

Dated: 11/23/11

By: Paul C. Ryan
Plaintiff in Pro Per

Dated: 11/23/11

By: Lynn Harada
Special Assistant United States Attorney

**SO ORDERED**
Dated: 12/22/2011

By: _____
United States District Judge
Judge Laurel Beeler

STIPULATION EXTENDING TIME; CASE NO. 4:11-CV-00850-LB