UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| PAUL C RYAN, | No. C 11-00850 LB |
| Plaintiff, | ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE |
| v. | |
| MICHAEL J ASTRUE, | |
| Defendant. | |

Plaintiff filed a complaint against Defendant on February 23, 2011. Complaint, ECF No. 1 Defendant filed an answer on November 17, 2011. Answer, ECF No. 12. On December 22, 2011, the court entered an order granting the parties' stipulation to extend the time for Plaintiff to file a motion for summary judgment or remand until March 21, 2012. *See* Stipulation and Order, ECF No. 17. Since then, this action has come to a standstill. *See generally* Docket. The deadlines for this social security appeal also have passed. *See* Social Security Procedural Order, ECF No. 2.

Accordingly, the court **ORDERS** Plaintiff to show cause why this action should not be dismissed for failure to prosecute. Plaintiff **SHALL** do so by filing a written response no later than Thursday, January 17, 2013. The court **SETS** a show cause hearing for Thursday, February 7, 2013 at 11:00 a.m. in Courtroom C, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, 94102.

C 11-00850

1    **IT IS SO ORDERED.**

2    Dated: January 7, 2013

3    _____
     LAUREL BEELER
     United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

C 11-00850
                                    2